UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

THE CITY OF NEW YORK,

                               Plaintiff,

-against-

BOB MOATES' SPORT SHOP, INC.; COASTAL TILE & ROOFING COMPANY, INC. d/b/a Coastal Pawn Shop; JOHN COSCIA d/b/a John's Gun & Tackle Room; FRANKLIN ROD & GUN SHOP, INC.; GWINNETT PAWN SHOP, INC.; HOT SHOTS, INC. d/b/a Hot Shots Jewelry & Pawn; MILLER ROD & GUN, INC.; RJS ENTERPRISES, INC. d/b/a Dick's Pawn North Shop; JERRY DALE ROOKS d/b/a Rooks Sales & Service; TCE OF VIRGINIA, INC. d/b/a Town & Country Pawn Shop; TOCCOA PAWN & VARIETY, INCORPORATED; TRADER WORLD, INC.;

                               Defendants.

------------------------------------------------------------------- x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 15 2010 ★

BROOKLYN OFFICE

06 CV 6504 (JBW) (CLP)

## AMENDMENT TO THE STIPULATION AND SETTLEMENT AGREEMENT BETWEEN THE CITY OF NEW YORK AND COASTAL TILE & ROOFING COMPANY, INC. D/B/A COASTAL PAWN SHOP

**WHEREAS**, The City of New York (the "City") and Coastal Tile & Roofing Company, Inc. d/b/a Coastal Pawn Shop ("Coastal Pawn") entered into a Stipulation and Settlement Agreement (the "Agreement") on December 20, 2006, which was "So Ordered" by the Court on December 23, 2006;

**WHEREAS**, the City and Coastal Pawn have agreed to a modification of the Agreement to clarify the effective date and end date of the compliance period specified by the Agreement; and

**Courtesy Copy**



**WHEREAS**, the City and Coastal Pawn are of the view that any changes to the Agreement, a court-ordered document, must be presented to the ordering Court for its consideration and approval;

**NOW, THEREFORE**, in consideration of the mutual promises and covenants set forth in the Agreement, and in consideration of the mutual promises and covenants by the parties made in connection with this Amendment To the Stipulation and Settlement Agreement Between The City of New York and Coastal Pawn (the "Amendment"), the parties agree as follows:

1. Except as expressly provided for in this Amendment, the Agreement is unchanged.

2. Paragraph 13 of the Agreement is amended as follows:

> The training and monitoring duties of the Special Master, and the requirement to maintain the Bond, shall terminate retroactively on December 20, 2009, three years from the date of execution of the Stipulation and Settlement Agreement, unless the Special Master determines that, before that date, Coastal Pawn and each of its owners, employees and agents violated any applicable firearms law or regulation, or failed fully to comply with paragraphs 2-8 of this Stipulation and Settlement Agreement (the "Compliance Period"). By March 1, 2010 the Special Master shall provide to the parties either (a) written certification of compliance from the date of the Special Master's appointment through the end of the Compliance Period, or (b) the reasons for non-compliance. In the event that compliance is certified, the parties hereto shall jointly move the Court to dismiss the New York Action. The motion to dismiss shall include the City's consent to termination of the Bond.

The parties intending to be legally bound this 26th day of February, 2010, have caused this Agreement to be executed by setting their hands and seals as follows.

*Eric Proshansky / AB*

**MICHAEL A. CARDOZO**
Corporation Counsel of the
City of New York
Attorney for Plaintiff
100 Church Street, Rm. 20-099
New York, New York 10007
(212) 788-1324

By: Eric Proshansky

**COASTAL TILE & ROOFING COMPANY, INC. d/b/a
COASTAL PAWN SHOP**
214 South Richardson Street
Latta, South Carolina 29565

By: James McCormick, President

approved
JBW 3/1/10

- 3 -